B1 (Official Form 1) (1/08)

| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>SANTA ANA DIVISION | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Loan Link Financial Services, Inc.** | Name of Joint Debtor (Spouse)  (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all):  **95-4151059** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): |

| Street Address of Debtor (No. and Street, City, and State):<br>**22342 Avenida Empresa<br>Suite 205<br>Rancho Santa Marguerita, CA** | ZIP CODE<br>**92688** | Street Address of Joint Debtor (No. and Street, City, and State): | ZIP CODE |
|---|---|---|---|
| County of Residence or of the Principal Place of Business:<br>**Orange** | | County of Residence or of the Principal Place of Business: | |
| Mailing Address of Debtor (if different from street address): | ZIP CODE | Mailing Address of Joint Debtor (if different from street address): | ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above): | | | ZIP CODE |

| **Type of Debtor**<br>(Form of Organization)<br>(Check one box.) | **Nature of Business**<br>(Check one box.) | **Chapter of Bankruptcy Code Under Which<br>the Petition is Filed**   (Check one box.) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☑ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other | ☑ Chapter 7<br>☐ Chapter 9<br>☐ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13  ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |

**Tax-Exempt Entity**
(Check box, if applicable.)
☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts**
(Check one box.)
☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."   ☑ Debts are primarily business debts.

| **Filing Fee**  (Check one box.) | **Chapter 11 Debtors** |
|---|---|
| ☑ Full Filing Fee attached.<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined by 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

**Statistical/Administrative Information**

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ |

B1 (Official Form 1) (1/08)                                                                                                          Page 2

| **Voluntary Petition**<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s):  **Loan Link Financial Services, Inc.** |
|---|---|

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet.)

| Location Where Filed:<br>**None** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor    (If more than one, attach additional sheet.)

| Name of Debtor:<br>**None** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐  Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual<br>whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X_____<br>                                                                                    Date |
|---|---|

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐  Yes, and Exhibit C is attached and made a part of this petition.

☑  No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

    ☐  Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

    ☐  Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box.)

☑  Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐  There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐  Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes.)

☐  Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐  Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐  Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐  Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

*Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas (210) 561-5300, Copyright 1996-2010 (Build 9.0.57.1, ID 0737570389)*

B1 (Official Form 1) (1/08)                                                                                            Page 3

| Voluntary Petition | Name of Debtor(s): **Loan Link Financial Services, Inc.** |
|---|---|
| *(This page must be completed and filed in every case)* | |

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition. |
| [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7]  I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. | (Check only one box.) |
| [If no attorney represents me and no bankruptcy petition preparer signs the petition]  I have obtained and read the notice required by 11 U.S.C. § 342(b). | ☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached. |
| I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. | ☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition.  A certified copy of the order granting recognition of the foreign main proceeding is attached. |
| X _____ | X _____ |
| X _____ | (Signature of Foreign Representative) |
| | _____ |
| Telephone Number (If not represented by attorney) | (Printed Name of Foreign Representative) |
| _____ | |
| Date | _____ |
| | Date |

| **Signature of Attorney*** | **Signature of Non-Attorney Bankruptcy Petition Preparer** |
|---|---|
| X  **/s/ David S. Hagen** | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section.  Official Form 19 is attached. |
| **David S. Hagen**                    Bar No. **110588** | |
| **Law Offices of David S. Hagen** | |
| **16830 Ventura Blvd., Suite 500** | |
| **Encino, CA  91436-1795** | |
| Phone No.**(818) 990-4416**      Fax No.**(818) 990-5680** | _____ |
| 02/12/2010 | Printed Name and title, if any, of Bankruptcy Petition Preparer |
| Date | _____ |
| *In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)  (Required by 11 U.S.C. § 110.) |

| **Signature of Debtor (Corporation/Partnership)** | |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor. | |
| The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. | _____ |
| **Loan Link Financial Services, Inc.** | Address |
| | X _____ |
| X  **/s/ Layne Rackley** | _____ |
| Signature of Authorized Individual | Date |
| **Layne Rackley** | Signature of bankruptcy petiton preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above. |
| Printed Name of Authorized Individual | |
| **Chief Financial Officer** | Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual. |
| Title of Authorized Individual | |
| **02/12/2010** | If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person. |
| Date | *A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.* |

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| DAVID S. HAGEN - SBN 110588<br>16830 Ventura Blvd., Suite 500<br>Encino, CA 91436-1795<br>(818) 990-4416  Fax (818) 990-5680<br><br>☒ *Attorney for:* Debtor | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re: LOAN LINK FINANCIAL SERVICES, INC. | CASE NO.: 8:10-bk- |
|---|---|
| | CHAPTER: 7 |
| Debtor(s). | ADV. NO.: |

## ELECTRONIC FILING DECLARATION
## (CORPORATION/PARTNERSHIP)

☒  Petition, statement of affairs, schedules or lists                          Date Filed: _____
☐  Amendments to the petition, statement of affairs, schedules or lists     Date Filed: _____
☐  Other: _____                      Date Filed: _____

### PART I - DECLARATION OF AUTHORIZED SIGNATORY OF DEBTOR OR OTHER PARTY

I, the undersigned, hereby declare under penalty of perjury that: (1) I have been authorized by the Debtor or other party on whose behalf the above-referenced document is being filed (Filing Party) to sign and to file, on behalf of the Filing Party, the above-referenced document being filed electronically (Filed Document); (2) I have read and understand the Filed Document; (3) the information provided in the Filed Document is true, correct and complete; (4) the "/s/," followed by my name, on the signature lines for the Filing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications by me and by the Filing Party to the same extent and effect as my actual signature on such signature lines; (5) I have actually signed a true and correct hard copy of the Filed Document in such places on behalf of the Filing Party and provided the executed hard copy of the Filed Document to the Filing Party's attorney; and (6) I, on behalf of the Filing Party, have authorized the Filing Party's attorney to file the electronic version of the Filed Document and this *Declaration* with the United States Bankruptcy Court for the Central District of California.

_____          2/9/2010
*Signature of Authorized Signatory of Filing Party*          Date
LAYNE RACKLEY
*Printed Name of Authorized Signatory of Filing Party*

CHIEF FINANCIAL OFFICER
*Title of Authorized Signatory of Filing Party*

### PART II - DECLARATION OF ATTORNEY FOR FILING PARTY

I, the undersigned Attorney for the Filing Party, hereby declare under penalty of perjury that:  (1) the "/s/," followed by my name, on the signature lines for the Attorney for the Filing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature lines; (2) an authorized signatory of the Filing Party signed the *Declaration of Authorized Signatory of Debtor or Other Party* before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (3) I have actually signed a true and correct hard copy of the Filed Document in the locations that are indicated by "/s/," followed by my name, and have obtained the signature of the authorized signatory of the Filing Party in the locations that are indicated by "/s/," followed by the name of the Filing Party's authorized signatory, on the true and correct hard copy of the Filed Document; (4) I shall maintain the executed originals of this *Declaration*, the *Declaration of Authorized Signatory of Debtor or Other Party*, and the Filed Document for a period of five years after the closing of the case in which they are filed; and (5) I shall make the executed originals of this *Declaration*, the *Declaration of Authorized Signatory of Debtor or Other Party*, and the Filed Document available for review upon request of the Court or other parties.

_____          2/09/10
*Signature of Attorney for Filing Party*          Date

DAVID S. HAGEN
*Printed Name of Attorney for Filing Party*

November 2006          This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| LAW OFFICES OF DAVID S. HAGEN<br>DAVID S. HAGEN - SBN 110588<br>16830 Ventura Blvd., Suite 500<br>Encino, CA 91436-1795   (818) 990-4416  Fax (818) 990-5680<br><br>☑ *Attorney for:* Debtor | |

| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA** | |
|---|---|
| In re: LOAN LINK FINANCIAL SERVICES, INC.<br><br><br><br>Debtor(s).<br><br><br>Plaintiff(s).<br><br><br>Defendant(s). | CASE NO.: 8:10-bk-<br><br>ADV. NO.:<br><br>CHAPTER: 7 |

## Corporate Ownership Statement Pursuant to
## FRBP 1007(a)(1) and 7007.1, and LBR 1007-4

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report.  This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding.  A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I, LAYNE RACKLEY_____, the undersigned in the above-captioned case, hereby declare

    *(Print Name of Attorney or Declarant)*

under penalty of perjury under the laws of the United States of America that the following is true and correct:

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1.    I have personal knowledge of the matters set forth in this Statement because:

    ☑ I am the president or other officer or an authorized agent of the debtor corporation

    ☐ I am a party to an adversary proceeding

    ☐ I am a party to a contested matter

    ☐ I am the attorney for the debtor corporation

2. a.  ☐ The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:

    *[For additional names, attach an addendum to this form.]*

b.  ☑ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

/s/ Layne Rackley_____    2/9/10_____
Signature of Attorney or Declarant    Date

LAYNE RACKLEY, CFO_____
Printed Name of Attorney or Declarant

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2009    **F 1007-4**

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA

```
In re:                       ) No. 8:10-bk-
                             )     Chapter 7
LOAN LINK FINANCIAL SERVICES )
INC.                         )
                             )
              Debtor.        )
_____)
```

## STATEMENT REGARDING CORPORATE RESOLUTION

The undersigned, Layne Rackley, is the Chief Financial Officer of Loan Link Financial Services, Inc..  On January 5, 2010 the following resolution was duly adopted by the Board of Directors of the company:

"WHEREAS, it is in the best interests of this company to file a voluntary petition in the United States Bankruptcy court pursuant to Chapter 7 of Title 11 of the United States Code:

"NOW, THEREFORE, BE IT RESOLVED, that Layne Rackley, the Chief Financial Officer of this company, be and hereby is, authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 7 voluntary bankruptcy case in the United States Bankruptcy Court on behalf of the company; and

BE IT FURTHER RESOLVED, that Layne Rackley, the Chief Financial Officer of this company be and hereby is, authorized and directed to appear in all such bankruptcy proceedings on behalf of the company, and to otherwise do and perform any and all acts and deeds and to execute and deliver all necessary documents on behalf of the company in connection with said bankruptcy proceedings; and

BE IT FURTHER RESOLVED, that Layne Rackley, Chief Financial Officer of this company be and hereby is, authorized and directed to employ the Law Offices of David S. Hagen to represent the company in said bankruptcy proceedings."

**STATEMENT OF RELATED CASES
INFORMATION REQUIRED BY LOCAL BANKRUPTCY RULE 1015-2
UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA**

1. A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

   None
   _____

   _____

2. (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

   n/a
   _____

   _____

3. (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate.  Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

   Debtor's subsidiary Loan Link Financial Services-San Diego, Inc. filed a chapter 7 as 8:09-bk-22738-ES on 11/17/09.  Trustee filed
   _____

   a no asset report.  Case is still open.
   _____

4. (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate.  Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

   n/a
   _____

   _____

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at  Encino _____, California.          /s/ LAYNE RACKLEY, CFO
                                                          _____
                                                          *Debtor*

Dated  2/9/10 _____                       _____
                                                          *Joint Debtor*

_____

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                          **F 1015-2.1**

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF COMPANY**

I, Layne Rackley, the Chief Financial Officer of the company named as debtor in this case, declare under penalty of perjury that I have read the foregoing resolution and it is true and correct to the best of my knowledge, information and belief.

DATED: February 9, 2010

/S/ LAYNE RACKLEY
LAYNE RACKLEY, CFO

B6 Summary (Official Form 6 - Summary) (12/07)

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SANTA ANA DIVISION**

In re  **Loan Link Financial Services, Inc.**                              Case No.

                                                                    Chapter      **7**

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $548,500.00 | | |
| B - Personal Property | Yes | 4 | $3,629.13 | | |
| C - Property Claimed as Exempt | No | | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $0.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | $0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 27 | | $271,430,153.22 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | | | | N/A |
| TOTAL | | 36 | $552,129.13 | $271,430,153.22 | |

B6A (Official Form 6A) (12/07)

In re  **Loan Link Financial Services, Inc.**                                                    Case No.  _____
                                                                                                                              (if known)

## SCHEDULE A - REAL PROPERTY

| Description and Location of Property | Nature of Debtor's Interest in Property | | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption | Amount Of Secured Claim |
|---|---|---|---|---|
| SFR at 16645 Brehaven Lane, Anderson, CA 96007-8529<br>Debtor foreclosed on a loan on property at 6645 Brehaven Lane, Anderson, CA 96007-8529 (in the Redding, CA area) and was the only bidder at the sale and now is the record title holder of the property.  Zillow.com values the property at $548,500.  Property is 3 bedrooms, 2 baths in 2468 square feet on a 156,816 square foot rural lot.  Property is involved in the litigation with NCB) | fee | | $548,500.00 | $0.00 |
| | | Total: | **$548,500.00** | |

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re  **Loan Link Financial Services, Inc.**                          Case No. _____
                                                                                              (if known)

## SCHEDULE B - PERSONAL PROPERTY

| Type of Property | None | Description and Location of Property | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|
| 1. Cash on hand. | X | | |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Business checking account at Union Bank | $1,129.13 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | |
| 4. Household goods and furnishings, including audio, video and computer equipment. | X | | |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | |
| 6. Wearing apparel. | X | | |
| 7. Furs and jewelry. | X | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | |
| 10. Annuities.  Itemize and name each issuer. | X | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Loan Link Financial Services, Inc.**                                         Case No. _____

                                                                                                    (if known)

# SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 1*

| Type of Property | None | Description and Location of Property | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans.  Give particulars. | X | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | 100% of United Alliance Mortgage, Inc. (company has been inactive since 12/31/2006 and therefore shares have no value) | $0.00 |
| | | 100% of Consumer Direct Funding, Inc., (which last did business before 2003 and therefore the shares have no value) | $0.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | |
| 16. Accounts receivable. | X | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.  Give particulars. | X | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Loan Link Financial Services, Inc.**                              Case No. _____
                                                                                              (if known)

# SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 2*

| Type of Property | None | Description and Location of Property | | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercis- able for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliqui- dated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Loan Link Financial Services, Inc.**                    Case No. _____

                                                                        (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 3*

| Type of Property | None | Description and Location of Property | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | |
| 26. Boats, motors, and accessories. | X | | |
| 27. Aircraft and accessories. | X | | |
| 28. Office equipment, furnishings, and supplies. | | Office equipment and desks at former business location | $2,500.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | |
| 30. Inventory. | X | | |
| 31. Animals. | X | | |
| 32. Crops - growing or harvested. Give particulars. | X | | |
| 33. Farming equipment and implements. | X | | |
| 34. Farm supplies, chemicals, and feed. | X | | |
| 35. Other personal property of any kind not already listed.  Itemize. | X | | |

_____3_____ continuation sheets attached          **Total  >** | **$3,629.13**

(Include amounts from any continuation sheets attached.  Report total also on Summary of Schedules.)

B6C (Official Form 6C) (12/07)

In re  **Loan Link Financial Services, Inc.**                                          Case No.  _____
                                                                                              (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:            ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                                       $136,875.

☐ 11 U.S.C. § 522(b)(2)
☐ 11 U.S.C. § 522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| Not Applicable | | | |
| | | $0.00 | $0.00 |

B6D (Official Form 6D) (12/07)

In re  **Loan Link Financial Services, Inc.**                    Case No. _____
                                                                                                      (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☑  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  | Subtotal (Total of this Page) > |  |  |  | $0.00 | $0.00 |
|  |  | Total (Use only on last page) > |  |  |  | $0.00 | $0.00 |

_____**No**_____continuation sheets attached

(Report also on Summary of Schedules.)    (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6E (Official Form 6E) (12/07)

In re  **Loan Link Financial Services, Inc.**                                      Case No. _____

                                                                                                    (If Known)


# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☑ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS   (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief.  11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507(a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance.  11 U.S.C. § 507(a)(10).

☐ **Administrative allowances under 11 U.S.C. Sec. 330**

Claims based on services rendered by the trustee, examiner, professional person, or attorney and by any paraprofessional person employed by such person as approved by the court and/or in accordance with 11 U.S.C. §§ 326, 328, 329 and 330.

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____**No**_____ continuation sheets attached

B6F (Official Form 6F) (12/07)

In re   **Loan Link Financial Services, Inc.**                     Case No. _____
                                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:  **8956**<br>**Acranet/ALendServ**<br>**2139 Tapo St., Ste 219**<br>**Simi Valley, CA 93063** | | DATE INCURRED: **7/2/1905**<br>CONSIDERATION:<br>**Credit Services**<br>REMARKS: | | | | $1,157.55 |
| ACCT #:<br>**Adfitech**<br>**3101 Technology Drive**<br>**Edmond, OK 73013** | | DATE INCURRED:<br>CONSIDERATION:<br>**Repurchase Request**<br>REMARKS: | | | | $2,000,000.00 |
| ACCT #:  **xxxxx3231**<br>**Aetna Health of California**<br>**PO Box 894938**<br>**Los Angeles, CA 90189** | | DATE INCURRED:<br>CONSIDERATION:<br>**Medical Insurance**<br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**Aliso Pacific Office Partners**<br>**22342 Avenida Empresa, Ste 205**<br>**Rancho Santa Marguerita, CA 92688** | | DATE INCURRED:<br>CONSIDERATION:<br>**Landlord**<br>REMARKS: | | | | $544,570.52 |
| ACCT #:<br>**All Point Financial**<br>**3435 Ocean Park Blvd, Suite 107-211**<br>**Santa Monica, CA 90405** | | DATE INCURRED:<br>CONSIDERATION:<br>**Legal**<br>REMARKS: | | | | $0.00 |
| ACCT #:  **xxxxxxxxx8-061**<br>**American All Risk Insurance Services**<br>**PO Box 881236**<br>**San Francisco, CA 94188** | | DATE INCURRED:<br>CONSIDERATION:<br>**Worker's Comp Insurance**<br>REMARKS: | | | | $7,094.00 |

Subtotal >   **$2,552,822.07**

_____ **26** _____ continuation sheets attached

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Loan Link Financial Services, Inc.**                Case No. _____
                                                                                      (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Appraisal Services**<br>**PO Box 927**<br>**Wauna, WA 98395** | | DATE INCURRED:<br>CONSIDERATION:<br>**Appraisal**<br>REMARKS: | | | | **$500.00** |
| ACCT #:<br>**ARPLLS, Inc.**<br>**22342 Avenida Empresa, Ste 205**<br>**RSM, CA 92688** | | DATE INCURRED:<br>CONSIDERATION:<br>**Mortgage**<br>REMARKS: | | | | **$0.00** |
| ACCT #:  **xxxxxx3791**<br>**Arrowhead Direct**<br>**6661 Dixie Hwy, Suite 4**<br>**Louisville, KY 40258** | | DATE INCURRED:<br>CONSIDERATION:<br>**Office Services**<br>REMARKS: | | | | **$148.71** |
| ACCT #:  **xxxx xxxx xxxx 9450**<br>**Associated Creditors Exchange/Advanta Ba**<br>**PO Box 33130**<br>**Phoenix, AZ 85067** | | DATE INCURRED:<br>CONSIDERATION:<br>**Paula Richardson Credit Card**<br>REMARKS: | | | | **$12,344.94** |
| ACCT #:<br>**Astoria Federal Savings**<br>**One Astria Federal Plaza**<br>**Lake Success, NY 11042-1085** | | DATE INCURRED:  **2009**<br>CONSIDERATION:<br>**Repurchase Request**<br>REMARKS: | | | | **$2,000,000.00** |
| ACCT #:<br>**Aurora Loan Services, Inc.**<br>**2530 s. Parker Road Ste, 600**<br>**Aurora, CO 80014** | | DATE INCURRED:<br>CONSIDERATION:<br>**Repurchase Request**<br>REMARKS: | | | | **$2,000,000.00** |

Sheet no. ____1____ of ____26____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Subtotal >**     **$4,012,993.65**

**Total >**
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Loan Link Financial Services, Inc.**

Case No. _____
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Award-Superstars**<br>**22342 Avenida Empresa, Ste 205**<br>**RSM, CA 92688** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | **$1,141.00** |
| ACCT #:<br>**Bakalar & Topouzis, P.A., The Law Office**<br>**450 N. Park Road, Suite #410**<br>**Hollywood, FL 33021** | | DATE INCURRED:<br>CONSIDERATION:<br>**Legal**<br>REMARKS: | | | | **$0.00** |
| ACCT #:  **xx8261**<br>**Bank of America**<br>**8521 Fallbrook Ave MS: CA9901-02-07**<br>**West Hills, CA 91304** | | DATE INCURRED:<br>CONSIDERATION:<br>**Broker Fees**<br>REMARKS: | | | | **$210.35** |
| ACCT #:<br>**Bank of America**<br>**100 N. Tryon St.**<br>**Charlotte, NC 28255** | | DATE INCURRED:  **2008-09**<br>CONSIDERATION:<br>**Repurchase Request**<br>REMARKS: | | | | **$3,870,919.99** |
| ACCT #:<br>**Barry, Gardner, & Kincannon APC**<br>**5000 Birch St, Suite 420**<br>**Newport Beach, CA 92660** | | DATE INCURRED:<br>CONSIDERATION:<br>**Legal**<br>REMARKS: | | | | **$0.00** |
| ACCT #:  **xxxx6873**<br>**Better Business Bureau**<br>**PO Box 970**<br>**Colton, CA 92324** | | DATE INCURRED:<br>CONSIDERATION:<br>**Outside Services**<br>REMARKS: | | | | **$365.00** |

Sheet no. ____2____ of ____26____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >  **$3,872,636.34**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Loan Link Financial Services, Inc.**                          Case No. _____
                                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:  **x2329**<br>**Billing Solutions, Inc.**<br>**PO Box 1136**<br>**Glenview, IL 60025** | | DATE INCURRED:  **2009**<br>CONSIDERATION:<br>**Verification Expense**<br>REMARKS: | | | | **$73.30** |
| ACCT #:<br>**Brakke Schafnitz Insurance Brokers**<br>**28202 Cabot Road, Suite 500**<br>**Laguna Niguel, CA 92677** | | DATE INCURRED:<br>CONSIDERATION:<br>**Insurance Broker**<br>REMARKS: | | | | **$0.00** |
| ACCT #:<br>**Bremer, Whyte, Brown & O'meara, LLP**<br>**20320 S.W. Birch Street, Second Floor**<br>**Newport Beach, CA 92660** | | DATE INCURRED:<br>CONSIDERATION:<br>**Legal**<br>REMARKS: | | | | **$13,677.27** |
| ACCT #:<br>**Buildrite, Inc.**<br>**7451 Warner Ave. Suite E-304**<br>**Huntington Beach, CA 92647** | | DATE INCURRED:<br>CONSIDERATION:<br>**Contractor**<br>REMARKS: | | | | **$0.00** |
| ACCT #:<br>**C&L refrigeration**<br>**PO Box 2319**<br>**Brea, CA 92822** | | DATE INCURRED:<br>CONSIDERATION:<br>**Building Services**<br>REMARKS: | | | | **$0.00** |
| ACCT #:<br>**California Dept of Real Estate**<br>**PO Box 187000**<br>**Sacramento, CA 95818-7000** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |

Sheet no. ____3____ of ____26____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   **$13,750.57**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Loan Link Financial Services, Inc.**                Case No. _____
                                                                              (if known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Castleridge, Inc.**<br>**22342 Avenida Empresa, Ste 205**<br>**RSM, CA 92688** | | DATE INCURRED:<br>CONSIDERATION:<br>**Management Services**<br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**Chase**<br>**270 Park Avenue, 10th Floor**<br>**New York, NY 10017** | | DATE INCURRED:  **2009**<br>CONSIDERATION:<br>**Repurchase Request**<br>REMARKS: | | | | $2,000,000.00 |
| ACCT #:<br>**Church, Jan**<br>**23 Coastal Oak**<br>**Aliso Viejo, CA 92656** | | DATE INCURRED:<br>CONSIDERATION:<br>**Marketing Services**<br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**Cintas Document Management**<br>**PO Box 633842**<br>**Cincinnati, OH 45263** | | DATE INCURRED:<br>CONSIDERATION:<br>**Office Services**<br>REMARKS: | | | | $443.10 |
| ACCT #:<br>**Citibank**<br>**399 Park Ave.**<br>**New York, NY 10022** | | DATE INCURRED:  **2009**<br>CONSIDERATION:<br>**Repurchase Request**<br>REMARKS: | | | | $680,000.00 |
| ACCT #:<br>**Citibank** | | DATE INCURRED:  **2009**<br>CONSIDERATION:<br>**Repurchase Request**<br>REMARKS: | | | | $10,000,000.00 |

Sheet no. ___4___ of ___26___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Subtotal >**  |  **$12,680,443.10**

**Total >**
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Loan Link Financial Services, Inc.**                    Case No. _____
                                                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #: <br> **Citifinancial Mortgage Company** <br> **8333 Ridgepoint Drive** <br> **Irving, TX 75063** | | DATE INCURRED: **2009** <br> CONSIDERATION: <br> **Repurchase Request** <br> REMARKS: | | | | $2,000,000.00 |
| ACCT #: <br> **Citimortgage, Inc.** <br> **c/o Bryan Cave, LLP** <br> **211 N. Broadway, Suite 3600** <br> **St. Louis, MO 63102** | | DATE INCURRED: **2008** <br> CONSIDERATION: <br> **Litigation** <br> REMARKS: | | | | Unknown |
| ACCT #:  **x1078** <br> **Clear Creek Community Services District** <br> **5880 Oak Street** <br> **Anderson, CA 96007** | | DATE INCURRED: **2009** <br> CONSIDERATION: <br> **Property Services** <br> REMARKS: | | | | $55.19 |
| ACCT #: <br> **Collins, Kathryn** <br> **c/o Labor Commissioner** <br> **Stockton, CA 95202** | | DATE INCURRED: <br> CONSIDERATION: <br> **Labor Dispute** <br> REMARKS: | | | | $0.00 |
| ACCT #: <br> **Comerica Bank** <br> **1717 Main St.** <br> **Dallas, TX 75201** | | DATE INCURRED: <br> CONSIDERATION: <br> **Litigation pending** <br> REMARKS: | | | | $5,410,693.92 |
| ACCT #: <br> **Consumer Direct Funding** <br> **22342 Avenida Empresa, Ste 205** <br> **RSM, CA 92688** | | DATE INCURRED: <br> CONSIDERATION: <br> REMARKS: | | | | $0.00 |

Sheet no. ____5____ of ____26____ continuation sheets attached to                                    Subtotal >    | $7,410,749.11 |
Schedule of Creditors Holding Unsecured Nonpriority Claims

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Loan Link Financial Services, Inc.**                              Case No. _____
                                                                                                  (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #: <br> **Copytek** <br> **2461 E. Orangethorpe Ave. #214** <br> **Fullerton, CA 92831** | | DATE INCURRED: <br> CONSIDERATION: <br> **Office Services** <br> REMARKS: | | | | $340.67 |
| ACCT #:  **xx8261** <br> **Countrywide Home Loans** <br> **6001 Broken Sound Parkway N.W., Ste 404** <br> **Boca Raton, FL 33487** | | DATE INCURRED:  **2009** <br> CONSIDERATION: <br> **Broker Fees** <br> REMARKS: | | | | $5,256.99 |
| ACCT #: <br> **Countrywide Home Loans** <br> **6001 Broken Sound Parkway N.W., Ste 404** <br> **Boca Raton, FL 33487** | | DATE INCURRED:  **2009** <br> CONSIDERATION: <br> **Repurchase Request** <br> REMARKS: | | | | $3,865,663.00 |
| ACCT #:  **xxx-xxx-xx8-000** <br> **County of Shasta** <br> **PO Box 991830** <br> **Redding, CA 96099** | | DATE INCURRED:  **2009** <br> CONSIDERATION: <br> **Property Services** <br> REMARKS: | | | | $280.32 |
| ACCT #: <br> **Credit Service Company** <br> **PO Box 8302** <br> **Van Nuys, CA 91409** | | DATE INCURRED: <br> CONSIDERATION: <br> **Credit Services** <br> REMARKS: | | | | $371.40 |
| ACCT #: <br> **Credit Suisse First Boston** <br> **11 Madison Ave., 4th Floor** <br> **New York, NY 10010** | | DATE INCURRED:  **2009** <br> CONSIDERATION: <br> **Warehouse Lender** <br> REMARKS: | | | | $50,000,000.00 |

Sheet no. ____**6**____ of ____**26**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Subtotal >**   **$53,871,912.38**

**Total >**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Loan Link Financial Services, Inc.**    Case No. _____
    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Credit Suisse/DLJ**<br>**2650 Warrenville Road, Suite 200**<br>**Downers Grove, IL 60515** | | DATE INCURRED: **2009**<br>CONSIDERATION:<br>**Repurchase Request**<br>REMARKS: | | | | $2,000,000.00 |
| ACCT #:<br>**CSFB**<br>**11 Madison Ave. 4th Floor**<br>**New York, NY 10010** | | DATE INCURRED: **2008-09**<br>CONSIDERATION:<br>**Repurchase Request**<br>REMARKS: | | | | $783,000.00 |
| ACCT #:<br>**Deutsche Bank**<br>**1761 E. St. Andrews Place**<br>**Santa Ana, CA 92705** | | DATE INCURRED:<br>CONSIDERATION:<br>**Repurchase Request**<br>REMARKS: | | | | $2,000,000.00 |
| ACCT #:<br>**Division Of Occupational Safety and Heal**<br>**PO Box 420603**<br>**San Francisco, CA 94142** | | DATE INCURRED:<br>CONSIDERATION:<br>**Government Services**<br>REMARKS: | | | | $3,500.00 |
| ACCT #:<br>**Einbinder & Dunn, LLP**<br>**104 West 40th Street**<br>**New York, NY 10018** | | DATE INCURRED:<br>CONSIDERATION:<br>**Legal**<br>REMARKS: | | | | $1,122.50 |
| ACCT #:<br>**EMC (Bear Stearns)**<br>**909 Hidden Ridge Drive Ste. 200**<br>**Irving, TX 75038** | | DATE INCURRED:<br>CONSIDERATION:<br>**Repurchase Request**<br>REMARKS: | | | | $2,000,000.00 |

Sheet no. ___7___ of ___26___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >    $6,787,622.50

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re    **Loan Link Financial Services, Inc.**                    Case No. _____

                                                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**ET All Inc.**<br>**1800 Miraloma Ave #A**<br>**Placentia, CA 92870** | | DATE INCURRED:<br>CONSIDERATION:<br>**Office Services**<br>REMARKS: | | | | $140.00 |
| ACCT #:<br>**Evans, Jeff**<br>**1 Pandale**<br>**Foothill Ranch, CA 92610** | | DATE INCURRED:<br>CONSIDERATION:<br>**Appraisal**<br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**Fannie Mae**<br>**6000 Feldwood Road**<br>**College Park, GA 30349** | | DATE INCURRED:<br>CONSIDERATION:<br>**Broker Fees**<br>REMARKS: | | | | $165.00 |
| ACCT #:  **xxxx-x301-2**<br>**FedEx**<br>**PO Box 7221**<br>**Pasadena, CA 91109** | | DATE INCURRED:  **2009**<br>CONSIDERATION:<br>**Office Services**<br>REMARKS: | | | | $11.68 |
| ACCT #:  **xxxxxxxx4.001**<br>**Fidelity National Capital, Inc**<br>**7701 France Ave S.**<br>**Edina, MN 55435** | | DATE INCURRED:  **2009**<br>CONSIDERATION:<br>**Office Services**<br>REMARKS: | | | | $64,037.64 |
| ACCT #:  **xxxx4498**<br>**First American Corelogic, Inc.**<br>**4 First American Way**<br>**Santa Ana, CA 92707** | | DATE INCURRED:  **2009**<br>CONSIDERATION:<br>**Office Services**<br>REMARKS: | | | | $20,000.00 |

Sheet no. ____8____ of ____26____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >    **$84,354.32**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Loan Link Financial Services, Inc.**                    Case No. _____
                                                                                      (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:  **xxxx9711**<br>**First American Corelogic, Inc.**<br>**4 First American Way**<br>**Santa Ana, CA 92707** | | DATE INCURRED:  **2009**<br>CONSIDERATION:<br>**Office Services**<br>REMARKS: | | | | **$5,541.95** |
| ACCT #:  **xxxxxxxx14-01**<br>**First Comp**<br>**PO Box 30020**<br>**Omaha, NE 68103** | | DATE INCURRED:  **2009**<br>CONSIDERATION:<br>**Worker's Comp Insurance**<br>REMARKS: | | | | **$815.10** |
| ACCT #:<br>**Fisher & Phillips, LLP**<br>**18400 Von Karman Ave**<br>**Irinve, CA 92612** | | DATE INCURRED:<br>CONSIDERATION:<br>**Legal**<br>REMARKS: | | | | **$0.00** |
| ACCT #:  **x7309**<br>**Flagstar Bank**<br>**5151 Corporate Drive**<br>**Troy, MI 48098** | | DATE INCURRED:  **2009**<br>CONSIDERATION:<br>**Broker Fees**<br>REMARKS: | | | | **$3,335.00** |
| ACCT #:<br>**Flagstar Bank**<br>**5151 Corporate Dr.**<br>**Troy, MI 48098** | | DATE INCURRED:  **2008-09**<br>CONSIDERATION:<br>**Repurchase Request**<br>REMARKS: | | | | **$220,000.00** |
| ACCT #:<br>**FNR Investments**<br>**27691 Daisfield Drive**<br>**Laguna Niguel, CA 92677** | | DATE INCURRED:<br>CONSIDERATION:<br>**Loan Officer**<br>REMARKS: | | | | **$0.00** |

Sheet no. ___**9**___ of ___**26**___ continuation sheets attached to                    **Subtotal >**          **$229,692.05**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                      **Total >**
                                        **(Use only on last page of the completed Schedule F.)**
                                        **(Report also on Summary of Schedules and, if applicable, on the**
                                        **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Loan Link Financial Services, Inc.**                Case No. _____
                                                                          (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Francis and Thomas Everitt**<br>**c/o William E Smith III**<br>**4106 Charlestown Rd.**<br>**New Albany, NY 47150** | | DATE INCURRED: **2008**<br>CONSIDERATION:<br>**Litigation**<br>REMARKS: | | | | **Unknown** |
| ACCT #:<br>**Franklin American Mortgage Co**<br>**501 Corporate Centre Dr. #400**<br>**Franklin, TN 37067** | | DATE INCURRED: **2008-09**<br>CONSIDERATION:<br>**Repurchase Request**<br>REMARKS: | | | | **$2,000,000.00** |
| ACCT #:<br>**Freehand Sign Company**<br>**711 West 17th Street, Ste. H-2**<br>**Costa Mesa, CA 92627** | | DATE INCURRED:<br>CONSIDERATION:<br>**Office Services**<br>REMARKS: | | | | **$565.56** |
| ACCT #:<br>**George T. Gost**<br>**Hemar, Rousso & Heald LLP**<br>**15910 Ventura Blvd., 12th Floor**<br>**Encino, CA 91436** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**GMAC** | | DATE INCURRED:<br>CONSIDERATION:<br>**Repurchase Request**<br>REMARKS: | | | | **$2,000,000.00** |
| ACCT #:<br>**Goldman Sachs Group, Inc.**<br>**85 Broad St.**<br>**New York, NY 10004** | | DATE INCURRED: **2008-09**<br>CONSIDERATION:<br>**Repurchase Request**<br>REMARKS: | | | | **$2,000,000.00** |

Sheet no. ____**10**____ of ____**26**____ continuation sheets attached to      **Subtotal >**      **$6,000,565.56**
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Total >**
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Loan Link Financial Services, Inc.**                    Case No. _____
                                                                          (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Greenpoint Mortgage**<br>**5700 Granite Pkwy, Suite 940**<br>**Plano, TX 75024** | | DATE INCURRED:<br>CONSIDERATION:<br>**Repurchase Request**<br>REMARKS: | | | | **$2,000,000.00** |
| ACCT #:<br>**Greenwich Capital**<br>**5502 West Friendly Ave.**<br>**Greensboro, NC 27410** | | DATE INCURRED:<br>CONSIDERATION:<br>**Repurchase Request**<br>REMARKS: | | | | **$2,000,000.00** |
| ACCT #:<br>**Guaranty  Bank**<br>**1300 S. Mopac**<br>**Austin, TX 78746** | | DATE INCURRED:  **2008-09**<br>CONSIDERATION:<br>**Repurchase Request**<br>REMARKS: | | | | **$2,000,000.00** |
| ACCT #:<br>**Guardian**<br>**PO Box 51505**<br>**Los Angeles, CA 90051** | | DATE INCURRED:<br>CONSIDERATION:<br>**Medical Insurance**<br>REMARKS: | | | | **$0.00** |
| ACCT #:<br>**Hanson, Samuel**<br>**c/o Labor Commissioner**<br>**7575 Metropolitan Dr., Suite 210**<br>**San Diego, CA 92108** | | DATE INCURRED:<br>CONSIDERATION:<br>**Labor claim-10-66770-DM**<br>REMARKS: | | | | **Unknown** |
| ACCT #:<br>**Hartford Retirement Services**<br>**PO Box 58500-54422**<br>**Philadelphia, CA 19178** | | DATE INCURRED:<br>CONSIDERATION:<br>**401 K Services**<br>REMARKS: | | | | **$0.00** |

Sheet no. ____11____ of ____26____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >  **$6,000,000.00**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Loan Link Financial Services, Inc.**                    Case No. _____

                                                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Household**<br>**636 Grand Regency Blvd.**<br>**Brandon, FL 33510** | | DATE INCURRED:  **2009**<br>CONSIDERATION:<br>**Repurchase Request**<br>REMARKS: | | | | **$2,000,000.00** |
| ACCT #:<br>**Housing and Urban Development (HUD)**<br>**451 17th St. SW**<br>**Washington, DC 20410** | | DATE INCURRED:  **2008-09**<br>CONSIDERATION:<br>**Lender Penalty**<br>REMARKS: | | | | **$10,000,000.00** |
| ACCT #:<br>**HSBC Mortgage Corp. (USA)**<br>**2929 Walden Ave**<br>**Depew, NY 14043** | | DATE INCURRED:<br>CONSIDERATION:<br>**Repurchase Request**<br>REMARKS: | | | | **$2,000,000.00** |
| ACCT #:  **xxxxxxx-xxx6750**<br>**Ikon Financial Services**<br>**PO Box 9115**<br>**Macon, GA 31208** | | DATE INCURRED:  **2009**<br>CONSIDERATION:<br>**Office Services**<br>REMARKS: | | | | **$304.24** |
| **Representing:**<br>**Ikon Financial Services** | | **George T. Gost, Esq.**<br>**Hemar, Rousso & Heald LLP**<br>**15910 Ventura Blvd., 12th Floor**<br>**Encino, CA 91436** | | | | **Notice Only** |
| ACCT #:  **xxxxxxx-xxx6738**<br>**Ikon Financial Services**<br>**PO Box 650073**<br>**Dallas, TX 75265** | | DATE INCURRED:  **2009**<br>CONSIDERATION:<br>**Office Services**<br>REMARKS: | | | | **$40,589.81** |

Sheet no. ____**12**____ of ____**26**____ continuation sheets attached to                    **Subtotal >** | **$14,040,894.05**

Schedule of Creditors Holding Unsecured Nonpriority Claims

**Total >**

(Use only on last page of the completed Schedule F.)

(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Loan Link Financial Services, Inc.**                            Case No. _____
                                                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Ikon Financial Services**<br>**Unknow**<br>**Unkown, N/A N/A** | | DATE INCURRED:<br>CONSIDERATION:<br>**Office Services**<br>REMARKS: | | | | $34,105.31 |
| ACCT #:  **xxx5953**<br>**Ikon Office Solutions**<br>**P.O. Box 31001-0850**<br>**Pasadena, CA 91110** | | DATE INCURRED:  **2009**<br>CONSIDERATION:<br>**Office Services**<br>REMARKS: | | | | $421.30 |
| ACCT #:  **xxx5952**<br>**Ikon Office Solutions**<br>**P.O. Box 31001-0850**<br>**Pasadena, CA 91110** | | DATE INCURRED:  **2009**<br>CONSIDERATION:<br>**Office Services**<br>REMARKS: | | | | $184.19 |
| ACCT #:  **xxxxx/xxxxx5327**<br>**IndyMac**<br>**700 North Brand Boulevard, Suite 830**<br>**Glendale, CA 91203** | | DATE INCURRED:<br>CONSIDERATION:<br>**Repurchase Request**<br>REMARKS: | | | | $620,500.00 |
| ACCT #:  **xxxxx/xxxxx4222**<br>**IndyMac**<br>**700 North Brand Boulevard, Suite 830**<br>**Glendale, CA 91203** | | DATE INCURRED:  **2009**<br>CONSIDERATION:<br>**Repurchase Request**<br>REMARKS: | | | | $864,000.00 |
| ACCT #:<br>**IndyMac or Successor**<br>**3475 Foothill Blvd.**<br>**Pasadena, CA 91107** | | DATE INCURRED:  **2008-09**<br>CONSIDERATION:<br>**Repurchase Request**<br>REMARKS: | | | | $2,800,000.00 |

Sheet no. ____**13**____ of ____**26**____ continuation sheets attached to                                              **Subtotal >**    **$4,319,210.80**
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Total >**
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Loan Link Financial Services, Inc.**

Case No. _____
(if known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Informative Research<br>PO Box 2379<br>Garden Grove, CA 92842** | | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Services**<br>REMARKS: | | | | $36.74 |
| ACCT #:<br>**Intergulf Development<br>c/o Allen Matkins Leck & Gamble<br>501 W. Broadway, 15th Floor<br>San Diego, CA 92101** | | DATE INCURRED: **2008**<br>CONSIDERATION:<br>**Litigation**<br>REMARKS: | | | | Unknown |
| ACCT #:<br>**Interthinx<br>PO Box 27985<br>New York, NY 10087** | | DATE INCURRED:<br>CONSIDERATION:<br>**Office Services**<br>REMARKS: | | | | $328.95 |
| ACCT #:<br>**Jacobson, Rodney<br>PO Box 714<br>Leona Valley, CA 93551** | | DATE INCURRED: **2009**<br>CONSIDERATION:<br>**Labor claim-settled**<br>REMARKS: | | | | Notice Only |
| ACCT #:<br>**Jones, Ackerman & Corman, LLP<br>10960 Wilshire Boulevard, Suite 1225<br>Los Angeles, CA 90024** | | DATE INCURRED:<br>CONSIDERATION:<br>**Legal**<br>REMARKS: | | | | $848.00 |
| ACCT #:<br>**JP Morgan Chase<br>2220 Chemsearch Blvd., Ste 150<br>Coppell, TX 75019** | | DATE INCURRED:<br>CONSIDERATION:<br>**Repurchase Request**<br>REMARKS: | | | | $2,000,000.00 |

Sheet no. ___14___ of ___26___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Subtotal >** | **$2,001,213.69**

**Total >**
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re    **Loan Link Financial Services, Inc.**                    Case No. _____
                                                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:  **xxxxxxxxxx-0000**<br>**Kaiser Permanente**<br>**File 5915**<br>**Los Angeles, CA 90074** | | DATE INCURRED:  **2009**<br>CONSIDERATION:<br>**Medical Insurance**<br>REMARKS: | | | | $172.00 |
| ACCT #:<br>**Kay/Armstrong**<br>**c/o Frank J. Fox, Esq**<br>**401 West A St., #2350**<br>**San Diego, CA 92101** | | DATE INCURRED:<br>CONSIDERATION:<br>**Lawsuit Pending**<br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**Kelly, Maureen**<br>**39 White Sands**<br>**Trabuco Canyon, CA 92679** | | DATE INCURRED:<br>CONSIDERATION:<br>**Former Employee**<br>REMARKS: | | | | Unknown |
| ACCT #:<br>**Klar, Izsak & Stenger**<br>**1505 S. Big Bend Blvd.**<br>**St. Louis, MO 63117** | | DATE INCURRED:<br>CONSIDERATION:<br>**Legal**<br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**Kole Financial**<br>**910 Hampshire Road, Suite F**<br>**Westlake Village, CA 91361** | | DATE INCURRED:<br>CONSIDERATION:<br>**Loan Officer**<br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**Kopka Pinkus Dolin &**<br>**100 Lexington Dr., Suite 100**<br>**Buffalo Grove, IL 60089** | | DATE INCURRED:<br>CONSIDERATION:<br>**Legal**<br>REMARKS: | | | | $0.00 |

Sheet no. ____**15**____ of ____**26**____ continuation sheets attached to                    **Subtotal >**                    $172.00
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                            **Total >**
                        (Use only on last page of the completed Schedule F.)
                        (Report also on Summary of Schedules and, if applicable, on the
                        Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Loan Link Financial Services, Inc.**

Case No. _____
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:  **xx-xxx37 DM**<br>**Larson, Carl**<br>**c/o Labor Commissioner**<br>**7575 Metropolitan Dr., Suite 210**<br>**San Diego, CA 92108** | | DATE INCURRED:<br>CONSIDERATION:<br>**Labor Claim-10-66537 DM**<br>REMARKS: | | | | $0.00 |
| ACCT #:  **xx0858**<br>**Laser Cycle**<br>**528 South Taylor Ave.**<br>**Louisville, CO 80027** | | DATE INCURRED:  **2009**<br>CONSIDERATION:<br>**Office Services**<br>REMARKS: | | | | $355.61 |
| ACCT #:<br>**Lehman Bank or Successor**<br>**c/o Epiq Bankruptcy Solutions, LLC**<br>**PO Box 6389**<br>**Portland, OR 97228-6389** | | DATE INCURRED:  **2008-09**<br>CONSIDERATION:<br>**Repurchase Request**<br>REMARKS: | | | | $405,600.00 |
| ACCT #:<br>**Liebman, Joseph**<br>**4250 Mariposa Drive**<br>**Santa Barbara, CA 93110** | | DATE INCURRED:<br>CONSIDERATION:<br>**Legal**<br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**Lincoln Appraisal Group**<br>**PO Box 32**<br>**Lexington, MA 02420** | | DATE INCURRED:<br>CONSIDERATION:<br>**Appraisal**<br>REMARKS: | | | | $225.00 |
| ACCT #:<br>**Luminent Mortgage Capital**<br>**101 California St., Suite 1350**<br>**San Francisco, CA 94111** | | DATE INCURRED:  **2008-09**<br>CONSIDERATION:<br>**Repurchase Request**<br>REMARKS: | | | | $2,000,000.00 |

Sheet no. _____**16**_____ of _____**26**_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   **$2,406,180.61**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Loan Link Financial Services, Inc.**                    Case No. _____
                                                                              (if known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Lydian Mortgage**<br>**180 Royal Palm Way**<br>**Palm Beach, FL 33480** | | DATE INCURRED:  **2008-09**<br>CONSIDERATION:<br>**Repurchase Request**<br>REMARKS: | | | | **$2,000,000.00** |
| ACCT #:<br>**Maxwell & Company**<br>**114 Pacifica, Suite 260**<br>**Irvine, CA 92618** | | DATE INCURRED:<br>CONSIDERATION:<br>**Accounting Services**<br>REMARKS: | | | | **$0.00** |
| ACCT #:<br>**Mcintyre, Sara**<br>**c/o Labor Commissioner**<br>**31 E. Channel St., Room 317**<br>**Stockton, CA 95202** | | DATE INCURRED:<br>CONSIDERATION:<br>**Labor Dispute-04-43780-BM**<br>REMARKS: | | | | **Unknown** |
| ACCT #:<br>**Middleton, Bob**<br>**1111 E. Commonwealth Ave, Suite B**<br>**Fullerton, CA 92831** | | DATE INCURRED:<br>CONSIDERATION:<br>**Loan Officer**<br>REMARKS: | | | | **$0.00** |
| ACCT #:<br>**Morgan Stanley**<br>**1585 Broadway**<br>**New York, NY 10036** | | DATE INCURRED:  **2008-09**<br>CONSIDERATION:<br>**Repurchase Request**<br>REMARKS: | | | | **$2,000,000.00** |
| ACCT #:<br>**National City Bank**<br>**c/o Leo Plotkin, Esq.**<br>**Levy, Small & Lallas**<br>**815 Moraga Dr.**<br>**Los Angeles, CA 90049** | | DATE INCURRED:  **2009**<br>CONSIDERATION:<br>**Lawsuit Pending**<br>REMARKS: | | | | **$5,410,693.92** |

Sheet no. ___**17**___ of ___**26**___ continuation sheets attached to                                    **Subtotal >**    **$9,410,693.92**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                                              **Total >**
                                                      **(Use only on last page of the completed Schedule F.)**
                                                **(Report also on Summary of Schedules and, if applicable, on the**
                                                **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Loan Link Financial Services, Inc.**                    Case No. _____
                                                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| **Representing:**<br>**National City Bank** | | **PNC Bank, NA**<br>**249 5th Ave., Suite 30**<br>**Pittsburgh, PA 15222-2707** | | | | **Notice Only** |
| ACCT #:<br>**Nomura**<br>**325 North Milwaukee Ave 2nd Floor**<br>**Libertyville, IL 60048** | | DATE INCURRED:<br>CONSIDERATION:<br>**Repurchase Request**<br>REMARKS: | | | | **$2,000,000.00** |
| ACCT #:<br>**Oasis Interior Plant Design**<br>**18 Goodyear, Suite 100**<br>**Irvine, CA 92618** | | DATE INCURRED:<br>CONSIDERATION:<br>**Office Services**<br>REMARKS: | | | | **$0.00** |
| ACCT #:  **xxxx3686**<br>**Office Depot**<br>**PO Box 70025**<br>**Los Angeles, CA 90074** | | DATE INCURRED:  **2009**<br>CONSIDERATION:<br>**Office Services**<br>REMARKS: | | | | **$720.64** |
| ACCT #:  **xxx7563**<br>**Office of the Orange County Tax Collecto**<br>**PO Box 1438**<br>**Santa Ana, CA 92702** | | DATE INCURRED:<br>CONSIDERATION:<br>**Government Services**<br>REMARKS: | | | | **$4,305.84** |
| ACCT #:  **xx3842**<br>**Ontrac**<br>**PO Box 49016**<br>**San Jose, CA 95161** | | DATE INCURRED:<br>CONSIDERATION:<br>**Office Services**<br>REMARKS: | | | | **$86.10** |

Sheet no. ____18____ of ____26____ continuation sheets attached to                                        **Subtotal >**   **$2,005,112.58**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                                            **Total >**
                                                            **(Use only on last page of the completed Schedule F.)**
                                                    **(Report also on Summary of Schedules and, if applicable, on the**
                                                    **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Loan Link Financial Services, Inc.**                        Case No. _____
                                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:  **xx3849**<br>**Ontrac**<br>**PO Box 49016**<br>**San Jose, CA 95161** | | DATE INCURRED:  **2009**<br>CONSIDERATION:<br>**Office Services**<br>REMARKS: | | | | $8.20 |
| ACCT #:  **xxx4356**<br>**Ontrac**<br>**PO Box 49016**<br>**San Jose, CA 95161** | | DATE INCURRED:  **2009**<br>CONSIDERATION:<br>**Office Services**<br>REMARKS: | | | | $12.00 |
| ACCT #:<br>**Optimal Blue**<br>**5601 Democracy Drive, Suite 150**<br>**Plano, TX 75024** | | DATE INCURRED:<br>CONSIDERATION:<br>**Office Services**<br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**Paetec**<br>**PO Box 1283**<br>**Buffalo, NY 14240** | | DATE INCURRED:<br>CONSIDERATION:<br>**Office Services**<br>REMARKS: | | | | $18,821.45 |
| ACCT #:<br>**PCI Corporation**<br>**PO Box 847241**<br>**Boston, MA 02284** | | DATE INCURRED:<br>CONSIDERATION:<br>**Office Services**<br>REMARKS: | | | | $16,593.50 |
| ACCT #:<br>**Penn Records**<br>**3210 S. Standard Ave.**<br>**Santa Ana, CA 92705** | | DATE INCURRED:<br>CONSIDERATION:<br>**Office Services**<br>REMARKS: | | | | $4,869.15 |

Sheet no. ____**19**____ of ____**26**____ continuation sheets attached to                                      **Subtotal >**          **$40,304.30**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                              **Total >**
                                                        **(Use only on last page of the completed Schedule F.)**
                                                   **(Report also on Summary of Schedules and, if applicable, on the**
                                                      **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Loan Link Financial Services, Inc.**                     Case No. _____
                                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #: <br> **Pension Professionals** <br> **31 Journey, Suite 130** <br> **Aliso Viejo, CA 92656** | | DATE INCURRED: <br> CONSIDERATION: <br> **401 K Services** <br> REMARKS: | | | | $511.25 |
| ACCT #: <br> **PHH Mortgage** <br> **1 Mortgage Way** <br> **Mt. Laurel, NJ 08054** | | DATE INCURRED: **2008-09** <br> CONSIDERATION: <br> **Repurchase Request** <br> REMARKS: | | | | $8,588,557.00 |
| ACCT #:  **xxxxxxx2888** <br> **Pitney Bowes** <br> **PO Box 856390** <br> **Louisville, KY 40285** | | DATE INCURRED:  **2009** <br> CONSIDERATION: <br> **Office Services** <br> REMARKS: | | | | $72.93 |
| ACCT #:  **xxxx xxx9 86 6** <br> **Pitney Bowes** <br> **PO Box 856390** <br> **Louisville, KY 40285** | | DATE INCURRED:  **2009** <br> CONSIDERATION: <br> **Office Services** <br> REMARKS: | | | | $469.81 |
| ACCT #:  **xxx xxxxxxxxxxxx1944** <br> **Pitney Bowes Credit Corp** <br> **PO Box 856042** <br> **Louisville, KY 40285** | | DATE INCURRED:  **2009** <br> CONSIDERATION: <br> **Office Services** <br> REMARKS: | | | | $856.96 |
| ACCT #:  **xxxxxx3-002** <br> **Pitney Bowes Global Financial Services** <br> **PO Box 856460** <br> **Louisville, KY 40285** | | DATE INCURRED:  **2009** <br> CONSIDERATION: <br> **Office Services** <br> REMARKS: | | | | $2,139.66 |

Sheet no. ____20____ of ____26____ continuation sheets attached to          **Subtotal >**          **$8,592,607.61**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                              **Total >**
                                           **(Use only on last page of the completed Schedule F.)**
                                           **(Report also on Summary of Schedules and, if applicable, on the**
                                           **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Loan Link Financial Services, Inc.**               Case No. _____
                                                                          (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Principal Residential Mortgage**<br>**7272 East Indian School Rd, Ste 410**<br>**Scottsdale, AZ 85251** | | DATE INCURRED:<br>CONSIDERATION:<br>**Repurchase Request**<br>REMARKS: | | | | **$2,000,000.00** |
| ACCT #:  **xxxx5866**<br>**Protection One**<br>**PO Box 5714**<br>**Carol Stream, IL 60197** | | DATE INCURRED:  **2009**<br>CONSIDERATION:<br>**Office Services**<br>REMARKS: | | | | **$447.57** |
| ACCT #:  **8342**<br>**Rapid Recovery Solution/ Inland Answerin**<br>**PO Box 151**<br>**Farmingville, NY 11738** | | DATE INCURRED:  **2009**<br>CONSIDERATION:<br>**Janet Fraser Collection**<br>REMARKS: | | | | **$245.00** |
| ACCT #:<br>**Ronald D. Roop, A Law Corporation**<br>**23101 Lake Center Drive, Suite 320**<br>**Lake Forest, CA 92630** | | DATE INCURRED:<br>CONSIDERATION:<br>**Legal**<br>REMARKS: | | | | **$0.00** |
| ACCT #:<br>**Saxon Mortgage, Inc.**<br>**4880 Cox Rd.**<br>**Glen Allen, VA 23060** | | DATE INCURRED:<br>CONSIDERATION:<br>**Repurchase Request**<br>REMARKS: | | | | **$2,000,000.00** |
| ACCT #:<br>**Sliheet, Ramzi**<br>**27691 Daisyfield Drive**<br>**Laguna Niguel, CA 92677** | | DATE INCURRED:<br>CONSIDERATION:<br>**Loan Officer**<br>REMARKS: | | | | **$0.00** |

Sheet no. ____21____ of ____26____ continuation sheets attached to           **Subtotal >**   **$4,000,692.57**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                              **Total >**
                              **(Use only on last page of the completed Schedule F.)**
                              **(Report also on Summary of Schedules and, if applicable, on the**
                              **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Loan Link Financial Services, Inc.**                                          Case No. _____

(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:  **xxx-xxx2024**<br>**Superlative**<br>**2006 Swede Rd. Suite 100**<br>**E. Norriton, PA 19401** | | DATE INCURRED:  **2009**<br>CONSIDERATION:<br>**Office Services**<br>REMARKS: | | | | **$9,404.61** |
| ACCT #:<br>**T.D. Service**<br>**1820 East First Street, Suite 210**<br>**Santa Ana, CA 92705** | | DATE INCURRED:<br>CONSIDERATION:<br>**Foreclosure Fees**<br>REMARKS: | | | | **$1,627.89** |
| ACCT #:<br>**Talx Corporation**<br>**4076 Payspere Circle**<br>**Chicago, IL 60674** | | DATE INCURRED:<br>CONSIDERATION:<br>**Verification Expense**<br>REMARKS: | | | | **$0.00** |
| ACCT #:  **xxxxxx7052**<br>**The Hartford**<br>**PO Box 2907**<br>**Hartford, CT 06104** | | DATE INCURRED:  **2009**<br>CONSIDERATION:<br>**Business Insurance**<br>REMARKS: | | | | **$351.76** |
| ACCT #:<br>**Thomas J. Borchard, Esq.**<br>**Jason K. Boss, Esq.**<br>**Borchard & Callahan, Ape.**<br>**25909 Pala, Suite 300**<br>**Mission Viejo, CA 92691** | | DATE INCURRED:<br>CONSIDERATION:<br>**Attorney for Hasan Abuislaih**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Thornburg Mortgage**<br>**150 Washington Street, Ste 302**<br>**Santa Fe, NM 87501** | | DATE INCURRED:  **2009**<br>CONSIDERATION:<br>**Repurchase Request**<br>REMARKS: | | | | **$2,000,000.00** |

Sheet no. ___22___ of ___26___ continuation sheets attached to                                    Subtotal >    **$2,011,384.26**
Schedule of Creditors Holding Unsecured Nonpriority Claims

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re    **Loan Link Financial Services, Inc.**                     Case No. _____
                                                                                (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Tomoko Page**<br>**c/o Willaim Feamside**<br>**5588 N. Palm Ave. #U-1** | | DATE INCURRED: **2008**<br>CONSIDERATION:<br>**Litigation**<br>REMARKS: | | | | **Unknown** |
| ACCT #: **xxx-xx02LC**<br>**Trust One**<br>**108 Pacifica**<br>**Irinve, CA 92618** | | DATE INCURRED: **2009**<br>CONSIDERATION:<br>**Repurchase Request**<br>REMARKS: | | | | **$12,441.73** |
| ACCT #:<br>**UBS**<br>**1285 Avenue of the Americas**<br>**New York, NY 10019** | | DATE INCURRED: **2008-09**<br>CONSIDERATION:<br>**Repurchase Request**<br>REMARKS: | | | | **$2,000,000.00** |
| ACCT #:<br>**United Alliance Mortgage**<br>**22342 Avenida Empresa, Ste 205**<br>**Rancho Santa Marguerita, CA 92688** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #: **xx4022**<br>**Unity Courier Service Inc.**<br>**3231 Fletcher Drive**<br>**Los Angeles, CA 90065** | | DATE INCURRED: **2009**<br>CONSIDERATION:<br>**Office Services**<br>REMARKS: | | | | **$220.93** |
| ACCT #:<br>**UPS**<br>**Citibank Lockbox #4820, 5860 Uplander Wa**<br>**Culver City, CA 90230** | | DATE INCURRED:<br>CONSIDERATION:<br>**Office Services**<br>REMARKS: | | | | **$229.84** |

Sheet no. ____23____ of ____26____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >    **$2,012,892.50**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Loan Link Financial Services, Inc.**                    Case No. _____
                                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**US Bank<br>800 Nicollet Mall<br>Minneapolis, MN 55402-7014** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**WAMU Warehouse line<br>c/o JP Morgan Chase & Co<br>270 Park Ave.<br>New York, NY 10017** | | DATE INCURRED:  **2008-09**<br>CONSIDERATION:<br>**Warehouse Lender**<br>REMARKS: | X | | | **$115,000,000.00** |
| ACCT #:<br>**Washington Mutual<br>2210 Enterprise Dr.<br>Florence, SC 29501** | | DATE INCURRED:<br>CONSIDERATION:<br>**Repurchase Request**<br>REMARKS: | | | | **$2,000,000.00** |
| ACCT #:  **x1648**<br>**Waxie Sanitary Supply<br>PO Box 81006<br>San Diego, CA 92138** | | DATE INCURRED:  **2009**<br>CONSIDERATION:<br>**Office Services**<br>REMARKS: | | | | **$320.52** |
| ACCT #:<br>**Weiland, Goldman Smiley<br>650 Town Center Drive, 9th Floor<br>Costa Mesa, CA 92626** | | DATE INCURRED:<br>CONSIDERATION:<br>**Legal**<br>REMARKS: | | | | **$0.00** |
| ACCT #:  **x1505**<br>**Wells Fargo<br>4800 W. Wabash Ave<br>Springfield, IL 62711** | | DATE INCURRED:  **2009**<br>CONSIDERATION:<br>**Broker Fees**<br>REMARKS: | | | | **$715.00** |

Sheet no. ____24____ of ____26____ continuation sheets attached to          **Subtotal >**   **$117,001,035.52**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                    **Total >**
                                     **(Use only on last page of the completed Schedule F.)**
                                **(Report also on Summary of Schedules and, if applicable, on the**
                                 **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Loan Link Financial Services, Inc.**                     Case No. _____
                                                                                          (if known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Wells Fargo**<br>**420 Montgomery St.**<br>**San Francisco, CA 94163** | | DATE INCURRED:  **2008-09**<br>CONSIDERATION:<br>**Repurchase Request**<br>REMARKS: | | | | **$67,500.00** |
| ACCT #:<br>**William E. Smith III & Dustin L. Howard**<br>**Kightlinger & Gray LLP**<br>**One Commerce Square**<br>**4106 Charlestown Road**<br>**New ALbany, In 47150** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**William M. Bowen**<br>**PO Box 6128**<br>**Hilton Head, SC 29938** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Wolfe & Wyman, LLP**<br>**5 Park Plaza, suite 1100**<br>**Irvine, CA 92614** | | DATE INCURRED:<br>CONSIDERATION:<br>**Legal**<br>REMARKS: | | | | **$1,839.00** |
| ACCT #:  **x0500**<br>**Wolters Kluwer/PCI**<br>**PO Box 847241**<br>**Boston, MA 02284** | | DATE INCURRED:  **2009**<br>CONSIDERATION:<br>**Office Services**<br>REMARKS: | | | | **$30.00** |
| ACCT #:  **xx-xxxnLin**<br>**Yamaguchi & Yamaguchi Inc.**<br>**560 N. Nimitz Highway, Mailbox 70**<br>**Honolulu, HI 96817** | | DATE INCURRED:  **2009**<br>CONSIDERATION:<br>**Appraisal**<br>REMARKS: | | | | **$848.16** |

Sheet no. ____25____ of ____26____ continuation sheets attached to                                    **Subtotal >**            **$70,217.16**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                              **Total >**
                                                    **(Use only on last page of the completed Schedule F.)**
                                                    **(Report also on Summary of Schedules and, if applicable, on the**
                                                    **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Loan Link Financial Services, Inc.**                       Case No. _____
                                                                                      (if known)


## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Zacky Beljin**<br>**745 W. Wilson Ave.**<br>**Glendale, CA 91203-2447** | | DATE INCURRED:<br>CONSIDERATION:<br>**Lawsuit Pending**<br>REMARKS: | | | | **Unknown** |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Sheet no. ____26_____ of ____26____ continuation sheets attached to                                **Subtotal >** | $0.00
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                           **Total >** | $271,430,153.22
                                                   **(Use only on last page of the completed Schedule F.)**
                                                   **(Report also on Summary of Schedules and, if applicable, on the**
                                                   **Statistical Summary of Certain Liabilities and Related Data.)**

B6G (Official Form 6G) (12/07)

In re  **Loan Link Financial Services, Inc.**                                    Case No. _____

                                                                                                    (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.
State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc.  State whether debtor is the lessor or lessee of a lease.
Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to
one of the leases of contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a
minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Aliso Pacific Office Partners**<br>22342 Avenida Empresa #205<br>Rancho Santa Marguerita, CA 92688 | Lease of business premises<br>Contract to be REJECTED |

B6H (Official Form 6H) (12/07)

In re  **Loan Link Financial Services, Inc.**                                    Case No. _____
                                                                                                          (if known)

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re  **Loan Link Financial Services, Inc.**                    Case No. _____
                                                                                    (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____ **Chief Financial Officer** _____ of the _____ **Corporation** _____
named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of
_____ **38** _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

(Total shown on summary page plus 1.)

Date **02/12/2010** _____           Signature  **/s/ Layne Rackley** _____
                                                                    **Layne Rackley**
                                                                    **Chief Financial Officer**

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

_____

*Penalty for making a false statement or concealing property:  Fine of up to $500,000 or imprisonment for up to 5 years or
both.  18 U.S.C. §§ 152 and 3571.*

B7 (Official Form 7) (12/07)

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SANTA ANA DIVISION

In re:  **Loan Link Financial Services, Inc.**                    Case No. _____

                                                                                    (if known)

# STATEMENT OF FINANCIAL AFFAIRS

---

**None**
☐

### 1. Income from employment or operation of business

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced.  State also the gross amounts received during the two years immediately preceding this calendar year.  (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income.  Identify the beginning and ending dates of the debtor's fiscal year.)  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$9,233,729.00** | **Gross revenue for fiscal year 2008 (net loss of $293,051)** |
| **$2,023,275.45** | **Gross income for fiscal year 2009 (net loss of $1,808,444) (estimated)** |

---

**None**
☑

### 2. Income other than from employment or operation of business

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case.  Give particulars.  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 3. Payments to creditors

*Complete a. or b., as appropriate, and c.*

**None**
☑

a.  Individual or joint debtor(s) with primarily consumer debts:  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600.  Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**None**
☑

b.  Debtor whose debts are not primarily consumer debts:  List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**None**
☑

c.  All debtors:  List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**None**
☐

### 4. Suits and administrative proceedings, executions, garnishments and attachments

a.  List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Francis K and Thomas B Everitt v. Loan Link Financial (Underlying case is One West Bank v. Frances K. Everitt and Thomas B. Everitt)** | **Suit for money** | **Circuit and Superior Court of Scott County Case No. 72D01-0711-MF 46** | **Claim made under E & O and D & O policies, but deductible not met, reservation of rights** |

B7 (Official Form 7) (12/07) - Cont.

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SANTA ANA DIVISION**

In re:  **Loan Link Financial Services, Inc.**                    Case No. _____

                                                                                              (if known)

## STATEMENT OF FINANCIAL AFFAIRS

*Continuation Sheet No. 1*

| | | | |
|---|---|---|---|
| **Richard Albert Kay, Jr. and Kinberly Marie Armstrong v. Loan Link Financial Services; and Patricia Dillard** | **Suit for money** | **Superior Court of California County of San Diego, Central Division Case No. 37-2008-00080621-CU-BT-CTL** | |
| **Loan Link Financial Services V. Hasan Abuislaih Case No. RIC 497126** | **Suit for money** | **Superior Court of California, County of Riverside** | |
| **GE Capital Information Technology Solutions Inc. dba IKON Financial Services v. Aaron mark Kopelson dba Loan Link Financial Services** | **Breach of written contract** | **Superior Court of California, County of Orange, Case No. 30-2009-00306856** | **Pending** |
| **Hilda S. Holstein v. Loan Link Financial Services** | **Suit for money** | **United States District Court, District of South Carolina, Beaufort Division Case No. 9:08cv966-MBS** | **Case settled for $2500 in approximately 11/09** |
| **Intergulf Development v. Deo D. Persello, et al** | **Suit for damages** | **San Diego Superior Court 37-2009-00092202-CU-OR-CTL** | **Pending** |
| **Tomako Page v. Joseph Peter Cusamano, Jr. aka Ultimate Company, Carol Cusamano, Loan Link Financial Services, Inc.** | **Fraud** | **09C#CG00676AMC** | **Pending** |
| **Citimortgage, Inc. v. Loan Link Financial Services, Inc.** | **Breach of contract** | **07SL-CC00216** | **Pending** |
| **Zacky Bejin V. Loan Link Financial Services, Inc., Countrywide Home Loans, Inc.** | **Fraud** | **EC052033** | **Pending** |
| **Rodney Jacobson v. Loan Link Financial Services, Inc.** | **Labor dispute** | **ATP 09S01195** | **Settled** |
| **Penn Archive Services v. Loan Link Financial Services, Inc.** | **Breach of contract** | **Superior Court Case No. 30-21009-00304022 SC SC HL** | **Pending** |
| **National City Bank v. Loan Link Financial Services, Inc.** | **Breach of contract** | **SACV09-258DOC(Anx)** | **Pending** |

None
☑

b.  Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

B7 (Official Form 7) (12/07) - Cont.

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SANTA ANA DIVISION**

In re:    **Loan Link Financial Services, Inc.**                                    Case No. _____

                                                                                            (if known)

# STATEMENT OF FINANCIAL AFFAIRS

*Continuation Sheet No. 2*

---

**5. Repossessions, foreclosures and returns**

None ☑

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**6. Assignments and receiverships**

None ☑

a. Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None ☑

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**7. Gifts**

None ☑

List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**8. Losses**

None ☑

List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**9. Payments related to debt counseling or bankruptcy**

None ☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Law Offices of David S. Hagen 16830 Ventura Blvd., Suite 500 Encino, CA 91436-1795** | **01/05/2010** | **$5,000.00** |

---

**10. Other transfers**

None ☑

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within two years immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None ☑

b. List all property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

B7 (Official Form 7) (12/07) - Cont.

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SANTA ANA DIVISION**

In re:   **Loan Link Financial Services, Inc.**                              Case No. _____

                                                                                          (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 3*

---

### 11. Closed financial accounts

None ☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case.  Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| US Bank | Business checking #1-534-9511 0246 | |
| US Bank | Business checking #1 534 9526 6774 | |
| City National Bank | Money Market account # 013576076 | |
| City National Bank | Trust account #13610827 | |
| US Bank | Trust account #1-638-0054-2645 | |
| ING | Business savings account # 100017065 | |

---

### 12. Safe deposit boxes

None ☑

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 13. Setoffs

None ☑

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 14. Property held for another person

None ☑

List all property owned by another person that the debtor holds or controls.

---

### 15. Prior address of debtor

None ☐

If the debtor has moved within three years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case.  If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| 26800 Aliso Viejo Parkway, Suite 100 Aliso Viejo, CA 92656 | Loan Link Financial Services, Inc. | Through 2009 |

B7 (Official Form 7) (12/07) - Cont.

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SANTA ANA DIVISION**

In re:  **Loan Link Financial Services, Inc.**                          Case No. _____

                                                                                                (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 4*

---

### 16. Spouses and Former Spouses

None ☑

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

---

### 17. Environmental Information

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

---

None ☑

a.  List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law.  Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

---

None ☑

b.  List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

---

None ☑

c.  List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party.  Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

---

### 18. Nature, location and name of business

None ☑

a.  If the debtor is an individual, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within six years immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case.

---

None ☑

b.  Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

B7 (Official Form 7) (12/07) - Cont.

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SANTA ANA DIVISION**

In re:   **Loan Link Financial Services, Inc.**                                   Case No. _____

                                                                                                            (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 5*

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case.  A debtor who has not been in business within those six years should go directly to the signature page.)

---

### 19. Books, records and financial statements

None ☐

a.  List all bookkeepers and accountants who within two years immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **William K. Maxwell, CPA**<br>**Maxwell & Company CPA's, Inc.**<br>**16440 Bake Parkway, #150**<br>**Irvine, CA 92618-3037** | **2008** |

---

None ☐

b.  List all firms or individuals who within two years immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Kushner, Smith, Janou & Gregson, LP**<br>**8105 Irvine Center Dr. #1000**<br>**Irvine, CA 92618** | **2007-2009** |

---

None ☑

c.  List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor.  If any of the books of account and records are not available, explain.

---

None ☑

d.  List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within two years immediately preceding the commencement of this case.

---

### 20. Inventories

None ☑

a.  List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

---

None ☑

b.  List the name and address of the person having possession of the records of each of the inventories reported in a., above.

---

### 21. Current Partners, Officers, Directors and Shareholders

None ☑

a.  If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

B7 (Official Form 7) (12/07) - Cont.

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SANTA ANA DIVISION**

In re:   **Loan Link Financial Services, Inc.**                    Case No. _____
                                                                   (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 6*

None
☐   b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| Michael D. Siegel 28 Callendar Ct. Laguna Niguel, CA 92677 | Shareholder | 32.258065% of common stock |
| Terry Liebman 7 Bridington Ct. Laguna Niguel, CA 92677 | President | 32.258065% of common shares |
| Philip Romero 11 River Rock Dr. Coto de Caza, CA 92679 | shareholder | 35.483870% of common shares |
| Layne Rackley | Chief Financial Officer | None |

**22. Former partners, officers, directors and shareholders**

None
☑   a. If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case.

None
☑   b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case.

**23. Withdrawals from a partnership or distributions by a corporation**

None
☐   If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Terry Liebman 7 Bridington Ct. Laguna Niguel, CA 92677 | Guaranteed returns to shareholders | $5000 each month from 1/1/09 through 9/30/09 |
| Terry Liebman 7 Bridington Ct. Laguna Niguel, CA 92677 | Compensation as President between 6/15/09 and 12/31/09 | $39,200 |
| Michael Siegel 28 Callendar Ct. Laguna Niguel, CA 92677 | Guaranty return to shareholder | $5000 each month from January 09 through September 09 |
| Philip Romero 11 River Rock Dr. Coto de Caza, CA 92679 | Guaranteed return to shareholder | $5000 each month from 1/09 through 9/09 |

B7 (Official Form 7) (12/07) - Cont.

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SANTA ANA DIVISION**

In re:   **Loan Link Financial Services, Inc.**                                        Case No.   _____
                                                                                                              (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 7*

---

None
☑

**24. Tax Consolidation Group**

If the debtor is a corporation, list the name and federal taxpayer-identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within six years immediately preceding the commencement of the case.

---

None
☑

**25. Pension Funds**

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within six years immediately preceding the commencement of the case.

---

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date   **02/12/2010**_____          Signature   **/s/ Layne Rackley**_____
                                                                                    **Layne Rackley**
                                                                                    **Chief Financial Officer**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement:  Fine of up to $500,000 or imprisonment for up to 5 years, or both.
18 U.S.C. §§ 152 and 3571*

B 8 (Official Form 8) (12/08)

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SANTA ANA DIVISION

IN RE:   **Loan Link Financial Services, Inc.**                    CASE NO

                                                                   CHAPTER    **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

PART A -- Debts secured by property of the estate.  (Part A must be fully completed for EACH debt which is secured by property of the estate  Attach additional pages if necessary.)

| Property No.   1 | |
|---|---|
| **Creditor's Name:** <br> None | **Describe Property Securing Debt:** |

Property will be (check one):
☐ Surrendered      ☐ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
☐ Other.  Explain (for example, avoid lien using 11 U.S.C. § 522(f)):

Property is (check one):
☐ Claimed as exempt      ☐ Not claimed as exempt

PART B -- Personal property subject to unexpired leases.  (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No.   1 | | |
|---|---|---|
| **Lessor's Name:** <br> Aliso Pacific Office Partners <br> 22342 Avenida Empresa #205 <br> Rancho Santa Marguerita, CA 92688 | **Describe Leased Property:** <br> Lease of business premises | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2): <br><br> YES ☐          NO ☑ |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date  **02/12/2010**                              Signature   **/s/ Layne Rackley**
                                                            *Layne Rackley*
                                                            *Chief Financial Officer*

Date                                              Signature

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SANTA ANA DIVISION**

IN RE:  **Loan Link Financial Services, Inc.**                              CASE NO

                                                                           CHAPTER     **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept:                          **$5,000.00**

   Prior to the filing of this statement I have received:                **$5,000.00**

   Balance Due:                                                          **$0.00**

2. The source of the compensation paid to me was:
   ☑ Debtor                    ☐ Other (specify)

3. The source of compensation to be paid to me is:
   ☑ Debtor                    ☐ Other (specify)

4. ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐  I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

   _02/12/2010_                          /s/ David S. Hagen
   *Date*                                *David S. Hagen*                    Bar No.  110588
                                         Law Offices of David S. Hagen
                                         16830 Ventura Blvd., Suite 500
                                         Encino, CA  91436-1795
                                         Phone: (818) 990-4416 / Fax: (818) 990-5680

---

 /s/ Layne Rackley
*Layne Rackley*
**Chief Financial Officer**

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| LAW OFFICES OF DAVID S. HAGEN<br>DAVID S. HAGEN - SBN 110588<br>16830 Ventura Blvd., Suite 500<br>Encino, CA 91436-1795<br>(818) 990-4416  Fax (818) 990-5680<br><br>*Attorney for* Debtor | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re: LOAN LINK FINANCIAL SERVICES, INC. | CHAPTER _7_____ |
|---|---|
| | CASE NUMBER  8:10-bk- |
| Debtor. | (No Hearing Required) |

## DECLARATION RE: LIMITED SCOPE OF APPEARANCE
## PURSUANT TO LOCAL BANKRUPTCY RULE 2090-1

TO THE COURT, THE DEBTOR, THE TRUSTEE (if any), AND THE UNITED STATES TRUSTEE:

1.  I am the attorney for the Debtor in the above-captioned bankruptcy case.

2.  On *(specify date)* __1/5/10_____, I agreed with the Debtor that for a fee of $ _5,000.00_____, I would
    provide only the following services:

    a. ☒ Prepare and file the Petition and Schedules
    b. ☒ Represent the Debtor at the 341(a) Meeting
    c. ☐ Represent the Debtor in any relief from stay actions
    d. ☐ Represent the Debtor in any proceeding involving an objection to Debtor's discharge pursuant to
       11 U.S.C. § 727
    e. ☐ Represent the Debtor in any proceeding to determine whether a specific debt is nondischargeable under
       11 U.S.C. § 523
    f. ☐ Other *(specify)*:

3.  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and
    that this declaration was executed on the following date at the city set forth in the upper left-hand corner of this page.

Dated:  2/9/10

I HEREBY APPROVE THE ABOVE:

LAW OFFICES OF DAVID S. HAGEN
_____
*Law Firm Name*

By: _____/S/ DAVID S. HAGEN_____

_____/S/ LAYNE RACKLEY_____
*Signature of Debtor*

Name: _____DAVID S. HAGEN_____

*Attorney for Debtor*

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*

**F 2090-1.1**

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SANTA ANA DIVISION**

IN RE:   **Loan Link Financial Services, Inc.**                         CASE NO

                                                                                CHAPTER    **7**

## VERIFICATION OF CREDITOR MATRIX

      The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date   02/12/2010 _____                  Signature   _/s/ Layne Rackley_____
                                                                         *Layne Rackley*
                                                                         *Chief Financial Officer*

Date _____                                Signature _____

Loan Link Financial Services, Inc.
22342 Avenida Empresa
Suite 205
Rancho Santa Marguerita, CA 92688


Law Offices of David S. Hagen
16830 Ventura Blvd., Suite 500
Encino, CA  91436-1795


Office of US Trustee-OC
411 W. Fourth St.
Suite 9041
Santa Ana, CA 92701-4593

Acranet/ALendServ
2139 Tapo St., Ste 219
Simi Valley, CA 93063


Adfitech
3101 Technology Drive
Edmond, OK 73013


Aetna Health of California
PO Box 894938
Los Angeles, CA 90189


Aliso Pacific Office Partners
22342 Avenida Empresa, Ste 205
Rancho Santa Marguerita, CA 92688


Aliso Pacific Office Partners
22342 Avenida Empresa #205
Rancho Santa Marguerita, CA 92688


All Point Financial
3435 Ocean Park Blvd, Suite 107-211
Santa Monica, CA 90405


American All Risk Insurance Services
PO Box 881236
San Francisco, CA 94188


Appraisal Services
PO Box 927
Wauna, WA 98395


ARPLLS, Inc.
22342 Avenida Empresa, Ste 205
RSM, CA 92688

Arrowhead Direct
6661 Dixie Hwy, Suite 4
Louisville, KY 40258


Associated Creditors Exchange/Advanta Ba
PO Box 33130
Phoeniz, AZ 85067


Astoria Federal Savings
One Astria Federal Plaza
Lake Success, NY 11042-1085


Aurora Loan Services, Inc.
2530 s. Parker Road Ste, 600
Aurora, CO 80014


Award-Superstars
22342 Avenida Empresa, Ste 205
RSM, CA 92688


Bakalar & Topouzis, P.A., The Law Office
450 N. Park Road, Suite #410
Hollywood, FL 33021


Bank of America
8521 Fallbrook Ave MS: CA9901-02-07
West Hills, CA 91304


Bank of America
100 N. Tryon St.
Charlotte, NC 28255


Barry, Gardner, & Kincannon APC
5000 Birch St, Suite 420
Newport Beach, CA 92660

Better Business Bureau
PO Box 970
Colton, CA 92324


Billing Solutions, Inc.
PO Box 1136
Glenview, IL 60025


Brakke Schafnitz Insurance Brokers
28202 Cabot Road, Suite 500
Laguna Niguel, CA 92677


Bremer, Whyte, Brown & O'meara, LLP
20320 S.W. Birch Street, Second Floor
Newport Beach, CA 92660


Buildrite, Inc.
7451 Warner Ave. Suite E-304
Huntington Beach, CA 92647


C&L refrigeration
PO Box 2319
Brea, CA 92822


California Dept of Real Estate
PO Box 187000
Sacramento, CA 95818-7000


Castleridge, Inc.
22342 Avenida Empresa, Ste 205
RSM, CA 92688


Chase
270 Park Avenue, 10th Floor
New York, NY 10017

Church, Jan
23 Coastal Oak
Aliso Viejo, CA 92656


Cintas Document Management
PO Box 633842
Cincinnati, OH 45263


Citibank
399 Park Ave.
New York, NY 10022


Citibank


Citifinancial Mortgage Company
8333 Ridgepoint Drive
Irving, TX 75063


Citimortgage, Inc.
c/o Bryan Cave, LLP
211 N. Broadway, Suite 3600
St. Louis, MO 63102


Clear Creek Community Services District
5880 Oak Street
Anderson, CA 96007


Collins, Kathryn
c/o Labor Commissioner
Stockton, CA 95202


Comerica Bank
1717 Main St.
Dallas, TX 75201

Consumer Direct Funding
22342 Avenida Empresa, Ste 205
RSM, CA 92688


Copytek
2461 E. Orangethorpe Ave. #214
Fullerton, CA 92831


Countrywide Home Loans
6001 Broken Sound Parkway N.W., Ste 404
Boca Raton, FL 33487


County of Shasta
PO Box 991830
Redding, CA 96099


Credit Service Company
PO Box 8302
Van Nuys, CA 91409


Credit Suisse First Boston
11 Madison Ave., 4th Floor
New York, NY 10010


Credit Suisse/DLJ
2650 Warrenville Road, Suite 200
Downers Grove, IL 60515


CSFB
11 Madison Ave. 4th Floor
New York, NY 10010


Deutsche Bank
1761 E. St. Andrews Place
Santa Ana, CA 92705

Division Of Occupational Safety and Heal
PO Box 420603
San Francisco, CA 94142


Einbinder & Dunn, LLP
104 West 40th Street
New York, NY 10018


EMC (Bear Stearns)
909 Hidden Ridge Drive Ste. 200
Irving, TX 75038


ET All Inc.
1800 Miraloma Ave #A
Placentia, CA 92870


Evans, Jeff
1 Pandale
Foothill Ranch, CA 92610


Fannie Mae
6000 Feldwood Road
College Park, GA 30349


FedEx
PO Box 7221
Pasadena, CA 91109


Fidelity National Capital, Inc
7701 France Ave S.
Edina, MN 55435


First American Corelogic, Inc.
4 First American Way
Santa Ana, CA 92707

First Comp
PO Box 30020
Omaha, NE 68103


Fisher & Phillips, LLP
18400 Von Karman Ave
Irinve, CA 92612


Flagstar Bank
5151 Corporate Drive
Troy, MI 48098


Flagstar Bank
5151 Corporate Dr.
Troy, MI 48098


FNR Investments
27691 Daisyfield Drive
Laguna Niguel, CA 92677


Francis and Thomas Everitt
c/o William E Smith III
4106 Charlestown Rd.
New Albany, NY 47150


Franklin American Mortgage Co
501 Corporate Centre Dr. #400
Franklin, TN 37067


Freehand Sign Company
711 West 17th Street, Ste. H-2
Costa Mesa, CA 92627


George T. Gost
Hemar, Rousso & Heald LLP
15910 Ventura Blvd., 12th Floor
Encino, CA 91436

George T. Gost, Esq.
Hemar, Rousso & Heald LLP
15910 Ventura Blvd., 12th Floor
Encino, CA 91436


GMAC




Goldman Sachs Group, Inc.
85 Broad St.
New York, NY 10004


Greenpoint Mortgage
5700 Granite Pkwy, Suite 940
Plano, TX 75024


Greenwich Capital
5502 West Friendly Ave.
Greensboro, NC 27410


Guaranty  Bank
1300 S. Mopac
Austin, TX 78746


Guardian
PO Box 51505
Los Angeles, CA 90051


Hanson, Samuel
c/o Labor Commissioner
7575 Metropolitan Dr., Suite 210
San Diego, CA 92108


Hartford Retirement Services
PO Box 58500-54422
Philadelphia, CA 19178

Household
636 Grand Regency Blvd.
Brandon, FL 33510


Housing and Urban Development (HUD)
451 17th St. SW
Washington, DC 20410


HSBC Mortgage Corp. (USA)
2929 Walden Ave
Depew, NY 14043


Ikon Financial Services
PO Box 9115
Macon, GA 31208


Ikon Financial Services
PO Box 650073
Dallas, TX 75265


Ikon Financial Services
Unknow
Unkown, N/A N/A


Ikon Office Solutions
P.O. Box 31001-0850
Pasadena, CA 91110


IndyMac
700 North Brand Boulevard, Suite 830
Glendale, CA 91203


IndyMac or Successor
3475 Foothill Blvd.
Pasadena, CA 91107

Informative Research
PO Box 2379
Garden Grove, CA 92842


Intergulf Development
c/o Allen Matkins Leck & Gamble
501 W. Broadway, 15th Floor
San Diego, CA 92101


Interthinx
PO Box 27985
New York, NY 10087


Jacobson, Rodney
PO Box 714
Leona Valley, CA 93551


Jones, Ackerman & Corman, LLP
10960 Wilshire Boulevard, Suite 1225
Los Angeles, CA 90024


JP Morgan Chase
2220 Chemsearch Blvd., Ste 150
Coppell, TX 75019


Kaiser Permanente
File 5915
Los Angeles, CA 90074


Kay/Armstrong
c/o Frank J. Fox, Esq
401 West A St., #2350
San Diego, CA 92101


Kelly, Maureen
39 White Sands
Trabuco Canyon, CA 92679

Klar, Izsak & Stenger
1505 S. Big Bend Blvd.
St. Louis, MO 63117


Kole Financial
910 Hampshire Road, Suite F
Westlake Village, CA 91361


Kopka Pinkus Dolin &
100 Lexington Dr., Suite 100
Buffalo Grove, IL 60089


Larson, Carl
c/o Labor Commissioner
7575 Metropolitan Dr., Suite 210
San Diego, CA 92108


Laser Cycle
528 South Taylor Ave.
Louisville, CO 80027


Lehman Bank or Successor
c/o Epiq Bankruptcy Solutions, LLC
PO Box 6389
Portland, OR 97228-6389


Liebman, Joseph
4250 Mariposa Drive
Santa Barbara, CA 93110


Lincoln Appraisal Group
PO Box 32
Lexington, MA 02420


Luminent Mortgage Capital
101 California St., Suite 1350
San Francisco, CA 94111

Lydian Mortgage
180 Royal Palm Way
Palm Beach, FL 33480

Maxwell & Company
114 Pacifica, Suite 260
Irvine, CA 92618

Mcintyre, Sara
c/o Labor Commissioner
31 E. Channel St., Room 317
Stockton, CA 95202

Middleton, Bob
1111 E. Commonwealth Ave, Suite B
Fullerton, CA 92831

Morgan Stanley
1585 Broadway
New York, NY 10036

National City Bank
c/o Leo Plotkin, Esq.
Levy, Small & Lallas
815 Moraga Dr.
Los Angeles, CA 90049

Nomura
325 North Milwaukee Ave 2nd Floor
Libertyville, IL 60048

Oasis Interior Plant Design
18 Goodyear, Suite 100
Irvine, CA 92618

Office Depot
PO Box 70025
Los Angeles, CA 90074

Office of the Orange County Tax Collecto
PO Box 1438
Santa Ana, CA 92702


Ontrac
PO Box 49016
San Jose, CA 95161


Optimal Blue
5601 Democracy Drive, Suite 150
Plano, TX 75024


Paetec
PO Box 1283
Buffalo, NY 14240


PCI Corporation
PO Box 847241
Boston, MA 02284


Penn Records
3210 S. Standard Ave.
Santa Ana, CA 92705


Pension Professionals
31 Journey, Suite 130
Aliso Viejo, CA 92656


PHH Mortgage
1 Mortgage Way
Mt. Laurel, NJ 08054


Pitney Bowes
PO Box 856390
Louisville, KY 40285

Pitney Bowes Credit Corp
PO Box 856042
Louisville, KY 40285


Pitney Bowes Global Financial Services
PO Box 856460
Louisville, KY 40285


PNC Bank, NA
249 5th Ave., Suite 30
Pittsburgh, PA 15222-2707


Principal Residential Mortgage
7272 East Indian School Rd, Ste 410
Scottsdale, AZ 85251


Protection One
PO Box 5714
Carol Stream, IL 60197


Rapid Recovery Solution/ Inland Answerin
PO Box 151
Farmingville, NY 11738


Ronald D. Roop, A Law Corporation
23101 Lake Center Drive, Suite 320
Lake Forest, CA 92630


Saxon Mortgage, Inc.
4880 Cox Rd.
Glen Allen, VA 23060


Sliheet, Ramzi
27691 Daisyfield Drive
Laguna Niguel, CA 92677

Superlative
2006 Swede Rd. Suite 100
E. Norriton, PA 19401


T.D. Service
1820 East First Street, Suite 210
Santa Ana, CA 92705


Talx Corporation
4076 Payspere Circle
Chicago, IL 60674


The Hartford
PO Box 2907
Hartford, CT 06104


Thomas J. Borchard, Esq.
Jason K. Boss, Esq.
Borchard & Callahan, Ape.
25909 Pala, Suite 300
Mission Viejo, CA 92691

Thornburg Mortgage
150 Washington Street, Ste 302
Santa Fe, NM 87501


Tomoko Page
c/o Willaim Feamside
5588 N. Palm Ave. #U-1


Trust One
108 Pacifica
Irinve, CA 92618


UBS
1285 Avenue of the Americas
New York, NY 10019

United Alliance Mortgage
22342 Avenida Empresa, Ste 205
Rancho Santa Marguerita, CA 92688


Unity Courier Service Inc.
3231 Fletcher Drive
Los Angeles, CA 90065


UPS
Citibank Lockbox #4820, 5860 Uplander Wa
Culver City, CA 90230


US Bank
800 Nicollet Mall
Minneapolis, MN 55402-7014


WAMU Warehouse line
c/o JP Morgan Chase & Co
270 Park Ave.
New York, NY 10017


Washington Mutual
2210 Enterprise Dr.
Florence, SC 29501


Waxie Sanitary Supply
PO Box 81006
San Diego, CA 92138


Weiland, Goldman Smiley
650 Town Center Drive, 9th Floor
Costa Mesa, CA 92626


Wells Fargo
4800 W. Wabash Ave
Springfield, IL 62711

Wells Fargo
420 Montgomery St.
San Francisco, CA 94163


William E. Smith III & Dustin L. Howard
Kightlinger & Gray LLP
One Commerce Square
4106 Charlestown Road
New ALbany, In 47150

William M. Bowen
PO Box 6128
Hilton Head, SC 29938


Wolfe & Wyman, LLP
5 Park Plaza, suite 1100
Irvine, CA 92614


Wolters Kluwer/PCI
PO Box 847241
Boston, MA 02284


Yamaguchi & Yamaguchi Inc.
560 N. Nimitz Highway, Mailbox 70
Honolulu, HI 96817


Zacky Beljin
745 W. Wilson Ave.
Glendale, CA 91203-2447